IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02251-WYD-KMT

RUSSELL STEWART; and,
DEEPA THAPA,

    Plaintiffs,

v.

JANET NAPOLITANO, Secretary, United States Department of Homeland Security;
ALEJANDRO MAYORAKAS, Director, United States Citizenship and Immigration Services;
ROSEMARY LANGLEY MELVILLE, Director, United States Citizenship and Immigration Services, California Service Center; and,
DANIEL M. RENAUD, Director, United States Citizenship and Immigration Services, Vermont Service Center,

    Defendants.

---

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

---

THIS MATTER is before the Court on the parties' Joint Stipulation To Voluntary Dismissal [ECF No. 17], filed on December 10, 2012.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed without prejudice pursuant to Rules 41(a)(1)(A)(ii) and 41(a)(1)(B) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Joint Stipulation To Voluntary Dismissal [ECF No. 17], filed on December 10, 2012, is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITHOUT PREJUDICE**.  Each party bears its own attorney fees and costs.

DATED: December 10, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U.S. District Judge